# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

AMERICAN FARM BUREAU
FEDERATION, et al.,

     *Plaintiffs*,

  v.

UNITED STATES FISH AND WILDLIFE
SERVICE, et al.,

     *Defendants*,

and

CENTER FOR BIOLOGICAL DIVERSIY,
WILDEARTH GUARDIANS, SIERRA CLUB,
and DEFENDERS OF WILDLIFE,

    *Defendant-Intervenor-Applicants*.

Case No. 1:25-CV-00947-SLS

## DECLARATION OF WILLIAM ARTHUR

I, William Arthur, declare as follows:

  1.  My name is William Arthur. I am over the age of 18 and competent to testify. I am submitting this declaration in support of Sierra Club's motion to intervene in the lawsuit brought by American Farm Bureau and others, captioned above. I understand that American Farm Bureau et al.'s lawsuit seeks to reinstate harmful changes to the regulations implementing the Endangered Species Act that were introduced in 2019.

  2.  I am a voting member of the Sierra Club and have been for 50 years.  Although I am now retired, I am currently the volunteer chair of the Sierra Club's Columbia/Snake River Salmon campaign. I am also currently a member of the Washington Sierra Club chapter conservation committee.  From 1991 to 2003 I was the Sierra Club's Northwest/Alaska Regional

Director.  From 2004 to 2013 I served as the Sierra Club's Deputy National Field Director in Seattle, Washington.  And from 2013 to 2016 I was the Deputy Western Director for the Sierra Club's Beyond Coal Campaign.

3.      The Sierra Club was organized in 1892 under the laws of California as a non-profit corporation.  It is the one of the oldest environmental organizations in the country and currently has roughly 624,965 members, approximately 175,000 of whom reside in Washington, Oregon, and California.

4.      The goals of the Sierra Club and its members are to explore, enjoy, and protect the wild places of the earth; to practice and promote the responsible use of the earth's ecosystems and resources; to educate and enlist humanity to protect and restore the quality of the natural and human environment; and to use all lawful means to carry out these objectives.  The Sierra Club is committed to maintaining the world's remaining natural ecosystems and to restoring and rehabilitating degraded ecosystems.  It vigorously supports strong and vibrant federal and state endangered species acts and related laws as well as recovery programs that protect wildlife, plants, and natural ecosystems.

5.      Consistent with its goals and principles, the Sierra Club has been actively involved in protecting the public old growth forests and threatened and endangered species—including northern spotted owls, marbled murrelets, and native Northwest salmon and steelhead—for decades.  The Club's national, regional, and local offices have been responsible for the campaigns to save these forests, rivers, and species—campaigns that have included public education, voter education, administrative advocacy and, where necessary, legal action.

6.      As part of its mission to promote enjoyment of the natural world and to educate its members, the Sierra Club has for many years organized outings to the old growth forests in

California, Oregon, and Washington, including to specific watersheds in the Olympic and the Cascade Mountains.  The Sierra Club seeks to protect old growth forests and prevent runoff and habitat degradation to aid salmon and steelhead recovery.

7.     The Sierra Club helped found the ongoing Save Our Wild Salmon Coalition in the early 1990's and the Club was actively engaged in filing for the listing of multiple salmonoids under the federal Endangered Species Act ("ESA").  The Sierra Club participated in and commented on the development of the Northwest Electric Power Planning and Conservation Act of 1980 including the provisions establishing the fish and wildlife plans.  The Sierra Club commented on the various Fish and Wildlife Plans and Energy Plans that were developed under this law. The Sierra Club was also an active participant in the Orca Task Force, which in part discussed solutions for the lack of prey base for orcas.

8.     As Regional Director of the Northwest Office and Deputy National Field Director, I played an active role in protecting threatened and endangered species.  For example, I was a seated participant in the Forest Conference convened and chaired by President Clinton on April 2, 1993, in Portland, Oregon, to discuss the issues of old growth forest protection and impacts on watersheds from logging and road building.  I have also done numerous interviews with TV, radio, and newspapers about habitat and species protection, including salmonids.

9.     I also helped develop the Sierra Club position and write the Sierra Club comments on the Northwest Forest Plan as it was being developed.  This work included efforts to improve watershed protections and supporting a robust aquatic conservation strategy.  The Sierra Club recently commented on the proposed revisions to the Northwest Forest Plan, and I am on the steering committee for the Northwest Forest Plan revision.

10.     I moved to Washington from Montana as a young boy and attended University of Idaho and Washington State University.  I have lived in Washington for roughly 60 years. During this time, I have regularly visited national forests throughout Washington, Oregon, and Northern California, including portions of the Mt. Baker-Snoqualmie, Olympic, Gifford-Pinchot, Okanogan-Wenatchee, and Umatilla National Forests.  I derive great pleasure from visiting these areas and plan to do so regularly as long as I am capable.

11.     As an active angler, one of the great joys of my life is fishing on Pacific Northwest rivers.  I have vivid memories of my parents teaching me how to fish on the Kootenai River and I now share my love for fishing with my son, daughter, and grandchildren.   In July of 2024, I returned from a trip to Idaho where I camped and fished with my children and grandchildren.

12.     I regularly fish the Grande Ronde River and the Klickitat River.  I fish for hatchery steelhead about twice a year depending on their runs and I fish for other species approximately 12 to 15 times a year.  Even when I am fishing for other species, I look for and enjoy seeing salmon and wild steelhead as they migrate to their spawning areas.  In May of 2024, I fished the upper Columbia River.  And I have definite plans to continue my regular fishing trips to these multiple rivers.

13.     As a college student at Washington State University, I volunteered with the Sierra Club and became involved in protecting the Wenaha-Tucannon wilderness, which contains two rivers and numerous tributaries, which provide spawning habitat for salmonids.  This work involved hikes along the Wenaha River and I can still remember the first time I saw a Chinook salmon in a tributary to the Wenaha River.  I was surprised by this massive four-foot-long fish finning itself in the tailout below a rapid, which my friend identified as a Chinook salmon.  I

remember being impressed by how far from the mouth of the Columbia River this fish had traveled—over 500 miles upstream. This experience began my love affair with salmon and steelhead.

14.     I enjoy going to see Chinook salmon spawning and redds (spawning nests) on the Yakima and Cle Elum Rivers and I do so at least once a year. I also like to share this experience by bringing groups of friends and Sierra Club members with me. I intend to continue these trips.

15.     My experiences with salmon and steelhead inspired me to learn more about these impressive anadromous species, which travel hundreds of miles to spawn, and learn about what can be done to mitigate damage to these species. In the early 1990's, recognizing that the ESA can be a robust tool for protecting imperiled species, I got involved in efforts to list these species under the ESA. And as I learned about the impacts of dams on fish runs, particularly from stories from the Nez Perce Tribe, I was motivated to volunteer to chair the Columbia/Snake River Salmon campaign for the Sierra Club.

16.     The work I currently do with the Sierra Club focuses on the effort to remove four dams on the lower Snake River, as well as supporting the broader goal of Columbia River basin restoration. I have visited all four dams, multiple times. In fact, I fished on the Snake River before the Lower Granite Dam was completed. I have definite plans to return to these dams.

17.     Prior to the completion of the Lower Granite Dam, the river was a free-flowing river in a beautiful canyon setting and it was an enjoyable place to spend time in regardless of whether I caught any fish. I feel that the river is where I can restore my spirit and recharge my batteries. I was at Washington State University when the gate was closed on the Lower Granite Creek Dam in 1976 and I watched the beautiful, flowing Snake River turn into a stagnant pool that stretches from canyon wall to canyon wall with a hugely reduced riparian zone. Without the

flow and current of water, the elements of being on the river that I enjoy: fishing, observing spawning salmon, and recharging, are no longer possible.

18.    The Sierra Club was an original plaintiff in the long-running litigation over federal management of the four dams on the lower Snake River.  The 2020 Biological Opinion addressing harm to threatened salmon and orcas caused by those dams relied on the challenged definition of the term "environmental baseline" in the 2019 ESA implementing rules (as maintained in the 2024 rules) to support its analysis.  *American Rivers v. Nat'l Marine Fisheries Serv.*, No. 01-00640-SI, ECF 2396, Corrected Eighth Supplemental Complaint (D. Or. Aug. 18, 2021).  The Oregon district court had previously concluded that the same path to truncated Section 7 consultation analysis was invalid.  *Nat'l Wildlife Fed'n v. Nat'l Marine Fisheries Serv.*, No. 01-00640-RE, 2005 WL 1278878, at \*9–11 (D. Or. 2005) (subsequent history omitted) (finding that comparing the effects of *proposed* dam operations to the effects of *previous* dam operations, as opposed to effects without *any* dam operations, "conflicts with the structure, purpose, and policy behind the ESA").  The Club has remained a member of the plaintiff group as the case has developed over the past 25–30 years.

19.    It is vital to breach the four dams on the lower Snake River to prevent the rapid extinction of threated salmonids in the short run, and to promote their abundant recovery in the long run.  Fish are resilient creatures and can recover if given the chance, but we are not giving them that chance.  I am concerned that the 2019 ESA regulations threaten my interest in protected salmon and steelhead, including my ability to fish, restore my spirit in irreplaceable environments, share these experiences with others, and continue my regular trips to observe ESA-listed species.  The 2019 regulations implementing the ESA deprive salmon, steelhead, and other listed species of protections that are essential to preventing their extinction.

I hereby declare under penalty of perjury that the foregoing declaration is true and correct.

Dated this 12th day of April, 2025, in Shoreline, Washington.

William Arthur