UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FARM BUREAU FEDERATION, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE, et al., <br><br> *Defendants*, <br><br> and <br><br> CENTER FOR BIOLOGICAL DIVERSIY, WILDEARTH GUARDIANS, SIERRA CLUB, and DEFENDERS OF WILDLIFE, <br><br> *Defendant-Intervenor-Applicants*. | Case No. 1:25-CV-00947-SLS |

## [PROPOSED] ORDER GRANTING DEFENDANT-INTERVENOR-APPLICANTS' MOTION TO INTERVENE

Upon consideration of the Motion to Intervene by Center for Biological Diversity, WildEarth Guardians, Sierra Club, and Defenders of Wildlife, it is hereby ORDERED that the motion is GRANTED. The Proposed Answer in Intervention, which accompanied the motion to intervene, shall be deemed to have been filed and served by ECF on the date of this Order.

DATED: _____

_____
THE HONORABLE SPARKLE L. SOOKNANAN
UNITED STATES DISTRICT COURT JUDGE