# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| American Farm Bureau Federation, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States Fish and Wildlife Service, *et al.* <br><br> Defendants. | Civil Action No. <br> 1:25-cv-00947-SLS |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jay C. Johnson of Venable LLP hereby gives notice to the Court and all interested parties of his appearance as counsel for plaintiffs in the above-captioned matter.

Dated: April 15, 2025

Respectfully submitted,

VENABLE LLP

/s/ Jay C. Johnson
Jay C. Johnson (D.C. Bar No. 487768)
600 Massachusetts Avenue, N.W.
Washington, DC 20001
Phone: 202-344-4000
Fax: 202-344-8300
jcjohnson@venable.com

*Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

    I hereby certify that on April 15, 2025, I caused a copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

/s/ Jay C. Johnson  
Jay C. Johnson