IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN FARM BUREAU FEDERATION, ET AL.,<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE, ET AL.,<br><br>Defendants. | Case No. 1:25-cv-00947-SLS |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Plaintiffs, Federal Defendants, and Intervenor Defendants (Parties)[1] jointly stipulate to the dismissal of this case without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In support of this stipulated dismissal, the Parties state as follows:

1.    In 2024, FWS and NMFS (the "Services") jointly promulgated regulations regarding Section 4 and Section 7 of the ESA, 16 U.S.C. §§ 1533, 1536. *See* Final Rule, 89 Fed. Reg. 24300 (Apr. 5, 2024) (Section 4); Final Rule, 89 Fed. Reg. 24268 (Apr. 5, 2024) (Section 7). In 2024, FWS also promulgated regulations under Section 4(d) addressing the prohibitions under Section 9(a),

---

[1] Plaintiffs here are the American Farm Bureau Federation, American Petroleum Institute, National Association of Home Builders, National Mining Association, Western Energy Alliance, National Cattlemen's Beef Association, and Public Lands Council. Federal Defendants are the U.S. Fish and Wildlife Service (FWS), the National Marine Fisheries Service (NMFS), Doug Burgum, in his official capacity as Secretary of the U.S. Department of the Interior, and Howard Lutnick, in his official capacity as Secretary of the U.S. Department of Commerce. Intervenor-Defendants are the Center for Biological Diversity, WildEarth Guardians, Sierra Club, and Defenders of Wildlife.

1

16 U.S.C. § 1538(a), that apply to threatened species. *See* Final Rule, 89 Fed. Reg. 23919 (Apr. 5, 2024) (Section 4(d)). These regulations are collectively called the "2024 Regulations."

2. Plaintiffs filed suit on March 31, 2025, challenging aspects of the 2024 Regulations under the Administrative Procedure Act, 5 U.S.C. § 706. *See* ECF 1.

3. Consistent with Executive and Secretarial Orders, the Services have been reconsidering the 2024 Regulations, including those challenged by Plaintiffs. *See* 90 Fed. Reg. 8747 (Jan. 24, 2025) (EO 14181); 90 Fed. Reg. 8353 (Jan. 20, 2025) (EO 14154); 90 Fed. Reg. 10583 (Feb. 19, 2025) (EO 14219); Secretary's Order 3418.[2]

4. On November 21, 2025, the Services published proposed rules in the *Federal Register* that would rescind parts of the 2024 Regulations and make other changes to the 2024 Regulations. *See* Proposed Rule, 90 Fed. Reg. 52607 (Nov. 21, 2025) (Section 4); Proposed Rule, 90 Fed. Reg. 52600 (Nov. 21, 2025) (Section 7); and Proposed Rule, 90 Fed. Reg. 52587 (Nov. 21, 2025) (Section 4(d)). These proposed rules are now available for 30 days of public comment.

5. The Services intend to submit final rules to the Office of the Federal Register no later than October 31, 2026.

6. In addition to these rulemakings, the Services intend to take the following actions during the rulemaking process:

---

[2] *See* www.doi.gov/sites/default/files/document_secretarys_orders/so-3418-signed.pdf.

(1) adhere to the April 14, 2025, memoranda issued to agency staff regarding application of the offset provisions in ESA Section 7 consultations, *see* ECF 29-2, Shultz Decl. ¶ 11 & Attachment 1; ECF 29-1, Damon-Randall Decl. ¶ 11 & Attachment 1;

(2) whenever FWS proposes or finalizes the listing of a threatened species, it will concurrently address through rulemaking a species-specific Section 4(d) rule for that threatened species, including any Section 9(a) prohibitions for that species, *see* ECF 29-3, Maclin Decl. ¶ 10;[3] and

(3) consider and respond to public comments, including any comments submitted by Plaintiffs and Intervenor-Defendants.

7.     Following the Court's order on November 20, 2025, the Plaintiffs and Defendants met and conferred to discuss the status of this litigation. They agree that, considering the ongoing rulemakings and the Services' commitments and stipulations in ¶ 6 above, dismissal of this case without prejudice is appropriate and will conserve judicial resources.

8.     The Parties further agree that each will bear its own attorneys' fees and costs.

For all these reasons, the Parties hereby stipulate to dismissal of this action without prejudice.

---

[3] FWS's 2024 Section 4(d) rule provides that certain ESA Section 9(a) prohibitions, including the "take" prohibition for threatened fish or wildlife, apply to threatened species under FWS's jurisdiction in the absence of a species-specific 4(d) rule. 89 Fed. Reg. 23919. But FWS retained the "option to promulgate species-specific section 4(d) rules" when listing threatened species, 89 Fed. Reg. at 23919, and FWS is agreeing to exercise that discretion to issue species-specific rules during the rulemaking. Maclin Decl. ¶ 10.

3

DATED: Nov. 26, 2025      ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

*/s/ Michael R. Eitel*
MICHAEL R. EITEL
Acting Assistant Chief
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street, North Terrace, Suite 600
Denver, Colorado 80202
Tel: (303) 844-1479 | Fax: (303) 844-1350
Email: Michael.Eitel@usdoj.gov

DATED Nov. 26, 2025      */s/ Tyler Welti*
Tyler Welti (D.C. Bar No. 1015691)
VENABLE LLP
101 California Street, Suite 3800
San Francisco, CA 94111
415.653.3714
415.653.3755 (fax)
tgwelti@venable.com

Jay C. Johnson (D.C. Bar No. 487768)
VENABLE LLP
600 Massachusetts Avenue NW
Washington, DC 21
202.344.4698
jcjohnson@venable.com

Counsel for Plaintiffs

DATED Nov. 26, 2025      /s/ Benjamin Levitan
Benjamin Levitan (DC Bar # NY0253)
Earthjustice
48 Wall Street
New York, NY 10005
(202) 797-4317
blevitan@earthjustice.org

Kristen L. Boyles (DC Bar #WA0004)
Earthjustice
810 Third Ave., Suite 610
Seattle, WA 98104
(206) 343-7340
kboyles@earthjustice.org

Andrea A. Treece (*pro hac vice*)
Earthjustice
180 Steuart St. #194330
San Francisco, CA 94105
(415) 217-2000
atreece@earthjustice.org

*Counsel for Defendant-Intervenors Center for
Biological Diversity, Sierra Club, and WildEarth
Guardians*

Ryan Adair Shannon (DC Bar #OR0007)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
(971) 717-6407
rshannon@biologicaldiversity.org

*Counsel for Defendant-Intervenor Center for
Biological Diversity*

Ellen Medlin Richmond (*pro hac vice*)
Deirdre Dlugoleski (*pro hac vice*)
Defenders of Wildlife
600 17th St., Suite 450 N
Denver, CO 80202
(720) 943-4284
erichmond@defenders.org
ddlugoleski@defenders.org

*Counsel for Defendant-Intervenor Defenders of
Wildlife*

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the attorneys of record.

/s/ Michael R. Eitel
MICHAEL R. EITEL
U.S. Department of Justice

6